**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

REALM METAVERSE REAL ESTATE,
INC.,

         Plaintiff,

v.

NEON MACHINE, INC. and OGANESSON
FACTORY LIMITED,

         Defendants.

No. 1:25-cv-10057

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Motion to Dismiss, dated February 9, 2026, Defendant Neon Machine, Inc. will move this

Court, before the Honorable Judge Jeannette A. Vargas, at Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be

determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the

claims asserted against it in this action, and granting such other relief as the Court deems just and

proper.

Dated: February 9, 2026

By:  */s/ Edward Han*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Edward Han
(*pro hac vice pending*)
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
E-mail: Edward.han@orrick.com

*Attorneys for Defendant Neon Machine, Inc.*