UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

REALM METAVERSE REAL ESTATE INC.,     :
                                :

                Plaintiff         :         25-CV-10057 (JAV) (BCM)
                                :

       -v-                    :             ORDER
                                :

NEON MACHINE, INC., et al.,          :
                                :

               Defendants.     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On May 1, 2026, Defendant Oganesson Factory Limited ("Defendant") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on April 6, 2026, ECF No. 33, Plaintiff shall file any amended complaint by **May 22, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **May 22, 2026**, and Defendant shall file any reply by **June 5, 2026**.  *See* ECF No. 33.

SO ORDERED.

Dated: May 5, 2026
      New York, New York                  _____
                                   JEANNETTE A. VARGAS
                                 United States District Judge